UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Civil No.  05CV0680-JM(JMA) |
| Plaintiff, | ) |
| v. | ) ORDER FOR FURTHER STAY OF |
| $193,739.00 IN U.S. CURRENCY; | ) CIVIL FORFEITURE PROCEEDING <br> ) [Docket 17] |
| $121,300.00 IN U.S. CURRENCY; | ) |
| $54,090.91 IN U.S. CURRENCY; | ) |
| $8,278.78 IN U.S. CURRENCY; | ) |
| $19,714.49 IN U.S. CURRENCY; | ) |
| Defendants. | ) |

Having reviewed the Joint Motion and good cause appearing,

IT IS HEREBY ORDERED that this civil case shall be further stayed until all ancillary forfeiture proceedings are completed in Criminal Case No. 06CR1035-BTM and a final order of criminal forfeiture has been entered that grants clear title to the United States to the following assets: $193,739.00 IN U.S. CURRENCY; $121,300.00 IN U.S. CURRENCY; $8,278.78 IN U.S. CURRENCY; and $19,714.49 IN U.S. CURRENCY.

IT IS FURTHER ORDERED that when a final order of forfeiture has been entered in the criminal case and all right, title and interest of the claimants and any and all third parties in the currencies are

1  condemned, forfeited and vested in the United States of America, the
2  United States will return to the claimants, through their attorney,
3  James J. Warner, the $54,090.91 in U.S. Currency that was not
4  forfeited.

5  DATED:   September 27, 2007

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: Magistrate Judge Adler
    All parties