UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 05cv0680-JM(JMA) |
| Plaintiff, | ) ) ) | ORDER CLOSING CIVIL CASE |
| v. | ) ) | |
| $193,739.00 IN U.S. CURRENCY; | ) ) | |
| $121,300.00 IN U.S. CURRENCY; | ) ) | |
| $54,090.91 IN U.S. CURRENCY; | ) ) | |
| $8,278.78 IN U.S. CURRENCY; | ) ) | |
| $19,714.49 IN U.S. CURRENCY; | ) ) | |
| Defendants. | ) ) | |

Having reviewed the foregoing Joint Motion and good cause appearing therefor,

IT IS ORDERED that the Complaint for Forfeiture filed herein against the above-referenced defendants is hereby dismissed.  This case is now closed.

DATED:  April 21, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge